## WILLIAMSON et al. v. PULLIAM.
### No. 9716.

Court of Civil Appeals of Texas.
San Antonio.
Jan. 15, 1936.

John T. Spann, of Crystal City, for appellants.

Jackson & Crawford, of Crystal City, for appellee.

SMITH, Chief Justice.

In this case, in which the record was filed in this court on January 21, 1935, no brief has been filed by appellants, or other steps taken by them to prosecute the appeal. The appeal is therefore dismissed for want of prosecution.